1 | Sean M. Sullivan (Bar No. 254372)
Email: sean.sullivan@procopio.com
PROCOPIO, CORY, HARGREAVES &
    SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Jered E. Matthysse (*Pro Hac Vice*)
Email: jmatthysse@pirkeybarber.com
Ryan J. Miller (*Pro Hac Vice*)
Email: rmiller@pirkeybarber.com
PIRKEY BARBER PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
Telephone: 512.322.5200
Facsimile: 512.322-5201

Attorneys for Plaintiff Atom Tickets, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
(LOS ANGELES)

| | |
|---|---|
| ATOM TICKETS, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>GREAT BOWERY, INC., d/b/a TRUNK ARCHIVE,<br><br>              Defendants. | Civil Action No. 2:23-cv-005952-GW-AFM<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(a)(1)(A)(i)** |

Plaintiff Atom Tickets, LLC hereby voluntarily dismisses without prejudice this action against Defendant Great Bowery, Inc., d/b/a Trunk Archive pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties have settled this matter, and this notice is being made pursuant thereto. Plaintiff further notes that Defendant has not served an Answer or Motion for Summary Judgment.

Dated: October 16, 2023

PIRKEY BARBER PLLC

By: /s/ Jered E. Matthysse
Jered E. Matthysse *(Pro Hac Vice)*
Ryan J. Miller *(Pro Hac Vice)*

Sean M. Sullivan
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

Attorneys for Plaintiff
Atom Tickets, LLC

1